# Robinson+Cole

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  06/13/2024
```

Fax (212) 451-2999
iclarke-fisher@rc.com
Direct (212) 451-2974

Also admitted in Connecticut
and Massachusetts

June 12, 2024

*Via ECF and Email*

Judge Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007
Email: Torres_NYSDChambers@nysd.uscourts.gov

Re:  *Garrett Transportation I Inc. v. Lucky Oil, S.r.L.*
     **Case No. 24-cv-2835 (AT)**
     **Joint Request to Adjourn Case Management Plan Deadline**

Dear Judge Torres:

We represent the Defendant Lucky Oil, S.r.L. in the above-referenced action.

Per your Honor's Individual Practices, we write on behalf of all parties to respectfully request a brief extension of the parties' deadline to submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order from June 14, 2024 to August 5, 2024, after Defendant's responsive pleading deadline.

Pursuant to Rule I(C) of your Honor's Individual Practices, we state as follows:

1. The original deadline to submit the joint letter and jointly proposed Case Management Plan and Scheduling Order is June 14, 2024, as set forth in the Court's Initial Pretrial Scheduling Order (Doc. 8).

2. Good cause exists for the requested extension. The Defendant's response to the Complaint is not due until July 15, 2024. The Defendant is in the process of investigating the dispute to formulate such response before meaningful discussions regarding a case management

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

Judge Torres
June 12, 2024
Page 2

       plan can proceed. Accordingly, the proposed extended date of August 5, 2024 represents a 21-day time period from the filing of Defendant's response to the Complaint. This should allow sufficient time for the parties to discuss the various issues raised by the Case Management Plan and Scheduling Order.

3. This is the first request to extend this deadline.

4. Plaintiff's counsel joins in this request.

5. No other deadlines will be impacted by this extension.

Thank you very much for the Court's time and consideration in this matter.

Respectfully submitted,

Ian T. Clarke-Fisher

Copy to:      All Counsel (*Via ECF and Email*)


GRANTED.

SO ORDERED.

Dated: June 13, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge